**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                          Criminal No. 10-150 (1) (RHK)

               Plaintiff,                **ORDER RETURNING PASSPORT**

     v.

Sharon Michelle Thomas,

               Defendant.

---

     On November 17, 2010, Sharon Michelle Thomas was sentenced to three years

probation.   Based upon her sentence and the pretrial order setting conditions of release

being no longer in effect, **IT IS ORDERED** that Ms. Thomas' United States passport

currently in the possession of the United States Probation and Pretrial Services Office be

returned to her.

Dated: November 18, 2010

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge